IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A USPS PARCEL TO JESSICA L. JENKINS 230 MARILYN CT BOZEMAN, MT 59718 FROM NICOLE PEREZ 1342 BLACK HAWK ST LAS CRUSES, NM 88001 | MJ 20- 17 -BU-KLD<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the sole purpose of complying with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f) and for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 18th day of August, 2020.

KATHLEEN L. DESOTO
United States Magistrate Judge

1