IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>USPS Parcel to Jessica L. Jenkins 230 Marilyn CT Bozeman, MT 59718 from Nicole Perez 1342 Black Hawk St Las Cruses, NM 88001 | MJ 20-17-BU-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 5th day of April, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge